UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:14cr19/RV/CJK
3:15cv238/RV/CJK

ALICIA N. McBEE
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2017 (doc. 91). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (ECF No. 79) is **DENIED**.

3. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 30th day of January, 2018.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:14cr19/RV/CJK; 3:15cv238/RV/CJK